UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01079-WLH-SK | Date | May 15, 2026 |
| Title | *Caizhen Qiu v. Fereti Semaia et al* | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Lesbith Castillo | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER RE PETITIONER'S SECOND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [17]**

The Court is in receipt of Petitioner's Second *Ex Parte* Application for Temporary Restraining Order (the "Second Application").  (Second Application, Dkt. No. 17).  The Court previously granted Petitioner's First Application for Temporary Restraining Order (the "First Application") and ordered Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a).  (Order Re First Ex Parte Application, Dkt. No. 9).  Following the submission of the parties' Joint Status Report on Respondents' Compliance with that Order (Dkt. No. 10), the Court found the TRO to be satisfied and vacated it accordingly.  (Order Re Joint Status Report, Dkt. No. 11).

The Court finds it appropriate for the underlying Petition in this case (Dkt. No. 1) to be decided according to the expedited schedule under General Order 26-05.  As such, emergency injunctive relief at this stage is not warranted given the expedited nature of the Magistrate Judge's adjudication of the merits and final recommendation or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

disposition.[1]  Accordingly, the Court **DENIES** the Second Application without prejudice and **REFERS** all further proceedings for either recommended disposition of the Petition or its final disposition based on the consent of the parties under 28 USC § 636(c).

   **IT IS SO ORDERED.**

---

[1] The Petition has been fully briefed as of April 14, 2026.  (*See* Dkt. Nos. 14, 16).