JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CAIZHEN QIU,

    Petitioner,

 vs.

FERETI SEMAIA, et al.

    Respondents.

CASE NO. 5:26-cv-01079-SK

**JUDGMENT**

   Pursuant to the Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

   The Clerk of Court is directed to close this case.

DATED: <u>April 29, 2026</u>

                 
HON. STEVE KIM
United States Magistrate Judge